IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DUSTY BAUER AND ALLAN AGABABA, § <br> PLAINTIFFS, § <br> § <br> V. § <br> § <br> § CAUSE NO. 1:20-CV-112-LY <br> NATIONAL UNION FIRE INSURANCE § <br> COMPANY OF PITTSBURGH, PA, AND § <br> AIG CLAIMS, INC., § <br> DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing Plaintiffs Dusty Bauer and Allan Agababa claims against Defendants National Union Fire Insurance Company of Pittsburgh, PA, and AIG Claims, Inc. with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that National Union Fire Insurance Company of Pittsburgh, PA, and AIG Claims, Inc. are awarded costs of court.

SIGNED this 25th day of February, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE